UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL RIOS, *individually and on behalf of others similarly situated,*

Plaintiff,

v.

223 WEST CORP.; 692 10TH AVENUE LLC; IT'S HIM LLC, solely as a successor-liability defendant; MICHAEL J. MCGRAIL; ROBERT S. BARBERO; JOSEPH J. FONTECCHIO; RONALD ANDERSON; JOHN DOE "FRANCO"; JOHN DOES 1–10; and JOHN DOE SUCCESSOR ENTITIES 1–10,

Defendant.

Index No. 26-cv-3134 (SHS)(SN)

**STIPULATION TO EXTEND TIME TO ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties herein that:

A. That the time for Defendant Barbero to answer, or otherwise move with respect to the complaint in this action, be and the same hereby is extended until August 17, 2026;

B. Defendant Barbero admits service and personal jurisdiction in this matter;

C. Plaintiff and Defendant Barbero hereby consent to electronic service of all documents pursuant to F.R.C.P. 5(b)(2)(E); and

E. This Stipulation may be signed in counterparts and a copy or facsimile of a signature shall be effective as if it were an original.

SACCO & FILLAS, LLP
By :/s/_____
  CLIFFORD RYAN TUCKER
  31-19 Newton Ave, 3rd Floor
  Astoria, NY 11102
  Tel.: (718) 269-2243
  ctucker@saccofillas.com

*Attorneys for Plaintiff Michael Rios*

Dated: July 21, 2026
New York, New York

WYLIE STECKLOW PLLC
By : /s/_____
  WYLIE STECKLOW
  Carnegie Hall Tower
  152 W. 57th Street, 8th Floor
  New York, NY  10019
  Tel.: (212) 566-8000
  ECF@Wylielaw.com

*Attorneys for Defendant Robert S. Barbero*

**Dated: New York, New York
July 22, 2026**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.